In the Matter of the Estate of CHARLES S. BAKER, Deceased. NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants; SETH BAKER, Respondent.

Argued June 3, 1941; decided July 29, 1941.

*Mark N. Turner* and *John E. Leach* for New York Central Railroad Company, appellant.

*William R. Van Campen* for Onalee Baker, appellant.

*Philip Halpern, Emil L. Cohen* and *George E. Phillies* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Taking no part: LEWIS, J.